```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FELIX CASTRO, on behalf of himself and all others                :
similarly situated,                                              :
                                                                 :
                                Plaintiff,                       :   23 Civ. 6007 (JPC)
                                                                 :
                -v-                                              :   ORDER
                                                                 :
POTOMAC RIVER RUNNING, INC.,                                     :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. It is hereby ORDERED that any pending conferences and deadlines are ADJOURNED *sine die*. It is further ORDERED that the parties shall file a joint letter regarding the status of settlement discussions by November 2, 2023. If this case has been voluntarily dismissed or otherwise terminated by that date, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.

SO ORDERED.

Dated: October 2, 2023
      New York, New York

                                      JOHN P. CRONAN
                                   United States District Judge