```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FELIX CASTRO, on behalf of himself and all others                      :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :     23 Civ. 6007 (JPC)
                                                                       :
              -v-                                                      :     ORDER
                                                                       :
POTOMAC RIVER RUNNING, INC.,                                           :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 2, 2023, the Court ordered the parties to file a joint letter regarding the status of settlement discussions by November 2, 2023, if this case had not been voluntarily dismissed or otherwise terminated by that date. Dkt. 8. This case has not been voluntarily dismissed or otherwise terminated, but no letter has been filed. The parties are ordered to file a joint letter regarding the status of settlement discussion by December 1, 2023, unless this case has been voluntarily dismissed or otherwise terminated by that date. The Court cautions the parties that continued failure to comply with Court-ordered deadlines may result in sanctions.

SO ORDERED.

Dated: November 29, 2023
New York, New York

JOHN P. CRONAN
United States District Judge